SUPERIOR COURT
OF THE
STATE OF DELAWARE

E. SCOTT BRADLEY
JUDGE

1 The Circle, Suite 2
GEORGETOWN, DE 19947

March 3, 2020

Nicholas E. Bittner, Esquire
William D. Rimmer, Esquire
HECKLER & FRABIZZIO
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128

Andrea G. Green, Esquire
JACOBS & CRUMPLAR, P.A.
28412 Dupont Blvd., Suite 104
Millsboro, DE 19966

RE:     *State of Delaware v. Marvin Johnson*
        **C.A. NO. S19A-07-005 ESB**

Dear Counsel:

Thank you for responding to my inquiry regarding the nature of the State of Delaware's appeal in this workers' compensation case. I have considered your responses and have concluded, for the reasons set forth in my letter to you dated February 21, 2020, that the State has indeed improperly filed an interlocutory appeal. Accordingly, I am remanding this case to the Industrial Accident Board so that it may consider what compensation Marvin Johnson is due, if any, for his injuries.

Once the Board does that, then the Board's decisions on the liability and compensation issues may be considered in one appeal if necessary. I understand that you would like a final decision by the courts on the liability issues before you spend the time and money addressing the issue of compensation. However, that is not how the process works and if allowed by the courts routinely in cases like this one where the law is well-settled, it would result in a multitude of unnecessary appeals in cases that instead should be decided in their entirety by the Board before the appeal process begins.

State of Delaware v. Marvin Johnson
S19A-07-005-ESB
Page 2

**IT IS SO ORDERED**.

Very truly yours,

E. Scott Bradley

ESB:tll

cc:   Prothonotary's Office
     Industrial Accident Board

FILED PROTHONOTARY
SUSSEX COUNTY
2020 MAR -3 P 12: 22